1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MONIKA LOWE
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 1:25-po-00019-SAB

12          Plaintiff,                   MOTION FOR ORDER AUTHORIZING
                                         VIDEO APPEARANCE; ORDER
13  vs.
                                         Date:   October 9, 2025
14  MONIKA LOWE,                         Time:   10:00 a.m.
                                         Judge:  Hon. Stanley A. Boone
15          Defendant.

16

17          Defendant Monika Lowe, through counsel, hereby moves this Court for an order

18  authorizing her to appear via video at the October 9, 2025 change-of-plea hearing.[1]

19          Ms. Lowe made an initial appearance by video on February 20, 2025.  (ECF #7).  At a

20  status conference on August 14, 2025, counsel indicated that Ms. Lowe intends to enter a guilty

21  plea, and a change-of-plea hearing was set for October 9, 2025.  (ECF #17).

22          At the time  Ms. Lowe made her initial appearance by video, she was living in Mexico.

23  She has now moved back to the United States and is living in San Diego.  However, she does not

24  currently have a vehicle to transport herself from San Diego to Fresno.  If authorized to appear

25  by video, Ms. Lowe will appear indoors, on a wi-fi connection, and not on a cellular phone.

26

27  ---

28  [1] Defense counsel recognizes that this Court generally does not grant motions to appear by video filed within a week of the hearing and apologizes for the lateness of this motion.  Counsel was sick for several days last week, which delayed her ability to communicate with Ms. Lowe about whether she had been able to obtain a vehicle.

In light of the foregoing, the defense respectfully requests that the Court authorize Ms. Lowe to appear via video at the October 9, 2025, hearing. In the alternative, the defense requests that Ms. Lowe's change-of-plea hearing be continued to the next calendar date of November 20, 2025.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MONIKA LOWE

# O R D E R

**IT IS SO ORDERED.** Defendant Monika Lowe is authorized to appear via video at the October 9, 2025, change-of-plea hearing.

IT IS SO ORDERED.

Dated:  **October 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge