HEATHER E. WILLIAMS, CA #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MONIKA LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MONIKA LOWE,<br>Defendant. | Case No. 1:25-po-00019-SAB<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL |

Based upon the Federal Defender Office's declaration of conflict, the Court hereby grants the Federal Defender's Office motion to withdraw as counsel of record and for appointment of new counsel.

IT IS SO ORDERED.

Dated: **November 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge